# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GHOST MANAGEMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CC SOFTWARE, LLC,<br><br>Defendant. | Case No.  17-cv-05898-BLF<br><br>**ORDER GRANTING AS MODIFIED JOINT PROPOSED REVISED CASE SCHEDULE**<br><br>[Re: ECF 45] |

The parties stipulated to a joint proposed revised case schedule to the Court. *See* ECF 45. The stipulation is GRANTED AS MODIFIED as indicated in the chart below:

| Deadline or Event | Parties' Proposed Date |
|---|---|
| Last day to amend pleadings or add parties | December 31, 2018 |
| Fact Discovery completed by | September 27, 2019 |
| Exchange of Opening Expert Reports | December 13, 2019 |
| Exchange of Rebuttal Expert Reports | January 31, 2020 |
| Expert discovery completed by | February 28, 2020 |
| Last day to hear Dispositive Motions | June 4, 2020 |
| Final Pretrial Conference | August 5, 2021 |
| Trial | September 7, 2021 |

All Daubert motion must be heard 60 days before trial.  The parties must reserve a hearing date in advance, pursuant to the Court's standing order.  Reservations typically are set approximately 5 months after the motion is filed.  Daubert motions are limited to 25 pages per side and no more than 10 pages per challenged expert.

**IT IS SO ORDERED.**

Dated: November 21, 2018

_____
BETH LABSON FREEMAN
United States District Judge